UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ISIAH JAMES JONES, JR. | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| DELOACH MARINE SERVICES, L.L.C. | § | MAGISTRATE: _____ |

### SEAMAN'S SUIT

This Seaman Suit of ISIAH JAMES JONES, JR. a person of the full age of majority, appearing herein through undersigned counsel, and complaining of the above named defendant, respectfully alleges and shows unto this Honorable Court that:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named defendant is DELOACH MARINE SERVICES, L.L.C., hereinafter referred to as "DMS", a limited liability company engaged in the marine transportation business.

3.

On or about March 19, 2017 plaintiff, ISIAH JAMES JONES, JR. was employed by the defendant, DMS, as a deckhand / engineer ("deckineer") assigned to the M/V ZELAND M DELOACH JR, a towing vessel operating in the ICW.

4.

Defendant, DMS, was at all times material to this lawsuit the "Jones Act" employer of the plaintiff, ISIAH JAMES JONES, JR.

5.

At all times material to this lawsuit he was a seaman under the provisions of the 46 U.S.C. §30104 *et seq.,* the Jones Act.

6.

On or about March 19, 2017, the M/V ZELAND M DELOACH JR, was a vessel owned, operated and/or controlled by the defendant, DMS, and was operating in the navigable waters of the ICW.

7.

On or about March 19, 2017, while in the service of the M/V ZELAND M DELOACH JR and as a member of its crew and in the furtherance of his employer's interests, plaintiff sustained severe injuries to his person, including but not limited to severe injuries to his lower back.

8.

Plaintiff's injuries and damages are attributable to the fault and/or negligence of his Jones Act employer, defendant, DMS, in the following non-exclusive respects:

    a.    failing to provide the plaintiff with a safe place to work;

    b.    failing to provide appropriate equipment to perform his work;

    c.    failing to give proper and appropriate warnings to the plaintiff;

    d.    failing to adequately plan the operation ongoing at the time of the incident;

e.     other negligent acts and/or omissions to be shown at the trial of this action.

10.

In addition to the aforementioned Jones Act negligence, a proximate cause of his injuries was the unseaworthiness of the vessel and its appurtenances.

11.

As a seaman injured in the service of the M/V ZELAND M DELOACH JR, plaintiff is entitled to maintenance and cure benefits.

12.

As a result of the above and foregoing negligent acts and/or omissions and/or the unseaworthiness of the M/V ZELAND M DELOACH JR, Plaintiff, ISIAH JAMES JONES, JR., is permanently disabled from his marine employment and has suffered the loss of past and future income, impairment of future earning capacity, loss of employee benefits, loss of enjoyment of life, past and future mental and physical pain and suffering, severely painful and permanently disabling injuries, has incurred and shall incur in the future medical expenses, past and future maintenance, cure and found.

13.

As a Jones Act seaman, Plaintiff requests a trial by jury.

14.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, ISIAH JAMES JONES, JR., prays for judgment herein and against defendant, DELOACH MARINE SERVICES, L.L.C. and that it be duly cited and served with a copy of this Seaman's Suit, that it be cited to appear and answer

same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, ISIAH JAMES JONES, JR., and against defendant herein, DELOACH MARINE SERVICES, L.L.C. in the total sum of TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, for trial by jury, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com